AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| OLA KIRK <br> *Plaintiff* <br> v. <br> MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY ET AL <br> *Defendant* | Civil Action No. 3:14cv537 WHB-RHW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALBERT SANTA CRUZ, COMMISSIONER
MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY
MDPS HEADQUARTERS
1900 E. WOODROW WILSON DRIVE
JACKSON, MISSISSIPPI 39205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN M. MOONEY, JR.,
LAW OFFICES OF JOHN M. MOONEY, JR., PLLC
208 WATERFORD SQUARE, SUITE 100
MADISON, MISSISSIPPI 39110
(601) 981-9555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   ARTHUR JOHNSTON

Date: JUL 1 0 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Teresa Watson, who is designated by law to accept service of process on behalf of *(name of organization)* Albert Santa Cruz Commissioner MS Dept. of Public Safety on *(date)* 15 JUL 14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 10.00 for travel and $ 55.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

Date: 15 JULY

Don Coleman
*Server's signature*

Don Coleman - Process Server
*Printed name and title*

P.O. Box 7227 Jackson, MS 39282
*Server's address*

Additional information regarding attempted service, etc: