```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

**OLA KIRK**                                                          **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 3:14-cv-537-WHB-RHW**

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY;**
**ALBERT SANTA CRUZ, Chairman of the**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY; and**
**DONNELL BERRY, Chief of the**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY**                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and with the February 1, 2017, jury verdict by which Plaintiff was awarded $21,805.90 in back pay and $25,000.00 in compensatory damages against the Mississippi Department of Public Safety; and was awarded no damages against Albert Santa Cruz and Donnell Berry:

Final Judgment is hereby entered in favor of Plaintiff, Ola Kirk, in the amount of $46,805.90 against Defendant, Mississippi Department of Public Safety.

Plaintiff, Ola Kirk, is also awarded post judgment interest at the currently prescribed federal rate on this award from this date until the Judgment is paid in full.

Plaintiff may file a motion requesting an award of attorneys' fees and a bill seeking costs within the time periods, and according to the rules governing, such pleadings.

This case is hereby dismissed with prejudice.

SO ORDERED this the 6th day of February, 2017.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE